Walter W. Harris, of O'Malley, Harris, Harris & Warren, Scranton, Pa., on the brief), for appellee.

Before MARIS, McLAUGHLIN and HASTIE, Circuit Judges.

PER CURIAM.

The plaintiffs have appealed from a judgment entered on a directed verdict for the defendant in a suit for damages for personal injuries suffered by the minor plaintiff when a beer bottle alleged to have been negligently manufactured by the defendant exploded. The trial judge held that the plaintiffs had failed to produce any substantial evidence from which the jury could have found that the bottle in question had been manufactured by the defendant. 89 F.Supp. 561. Our examination of the record satisfies us that the trial judge was right in so holding. The testimony of the expert witness upon which the plaintiffs rely was plainly insufficient to support a finding in their favor on this point. Since the plaintiffs thus failed to connect the defendant with the bottle which caused the injuries the trial judge was right in withdrawing the case from the jury and directing a verdict for the defendant.

The judgment of the district court will be affirmed.

filippo, New York City, on the brief), for appellant.

Martin J. McHugh, New York City (John G. Flanigan, Jersey City, N. J. and Macklin, Speer, Hanan & McKernan, New York City, Leo F. Hanan, New York City, on the brief), for appellee.

Before MARIS, McLAUGHLIN and HASTIE, Circuit Judges.

PER CURIAM.

This is an appeal from the interlocutory judgment, D.C., 90 F.Supp. 953, determining that libellant is entitled to recover one half its damages in a suit in admiralty against respondent for negligent loading of libellant's barge "Feeley Girls" which resulted in the sinking of the barge. After examining the record we are satisfied that the findings of fact of the trial judge are fully supported by the evidence and that his conclusions of law, including conclusion No. 6 that the damages should be divided, are correct.

The judgment of the district court will be affirmed.

O'DONNELL TRANSPORTATION CO., Inc., as Owner of the Barge Feeley Girls v. TIDEWATER IRON & STEEL CO., Appellant.

THE FEELEY GIRLS.

No. 10305.

United States Court of Appeals
Third Circuit.

Argued Dec. 21, 1950.

Decided Dec. 29, 1950.

Samuel A. Larner, Newark, N. J., (Budd & Larner, Newark, N. J., Enrico S. San-

Ernest A. SCHMIDT and Robert A. Schmidt, a Minor, by His Next Friend, Ernest A. Schmidt, Appellants, v. Bedy LIZZA and Ernest De Blasio, Doing Business as Keystone Fireworks & Specialty Company.

No. 10300.

United States Court of Appeals
Third Circuit.

Argued Dec. 21, 1950.

Decided Dec. 29, 1950.

Joseph F. Weis, Pittsburgh, Pa. (Sherriff, Lindsay, Weis & McGinnis, Pittsburgh, Pa., on the brief), for appellees.